FILED: 2/13/2023
David Trantham
Denton County District Clerk
By: Jenny Hernandez, Deputy

CAUSE NO. 23-0619-431

| | | |
|---|---|---|
| Kristopher J Bailey Sr | § | IN THE DISTRICT COURT |
| **PLAINTIFF** | § | |
| v. | § | DENTON COUNTY, TEXAS |
| | | |
| Lowe's Home Improvement | § | |
| **DEFENDANT** | § | |

**Defendant(s) address:** 1000 Lowe's Blvd

Mooresville, NC 28117

## PETITION: Civil Suit

**COMPLAINT:** The basis for the claim which entitles Plaintiff to seek relief against Defendant is: Kristopher J Bailey Sr (436531401) is the founder and rightful owner of Lowe's Home Improvement who is the defendant in this petition. *(A founder is the person who starts their own company. They're the one who came up with the business idea and acted on it.)* *("Rightful Owner" a person claiming ownership of property which is the subject of a crime or has been abandoned).* This petition is being filed due to compensation "**NOT**" being paid to Kristopher J Bailey Sr (436531401) as the owner of Lowe's Home Improvement who is the defendant in this petition along with other benefits that the owner should have received. Kristopher J Bailey Sr (436531401) whom is the owner of Lowe's Home Improvement "**DID NOT**" grant permission for any other person / people to list their name as the owner of Lowe's



Home Improvement **"NOR"** to receive compensation as the owner of Lowe's Home Improvement who is the defendant in this petition. He **"DID NOT"** grant permission for any other person / people to receive any other benefits that the owner of Lowe's Home Improvement would have received. Because of this he has been **"Deprived"** of a certain standard of living along with his family members for many years. *(Under Texas penal code 31.01.2 "Deprive" means to withhold property from the owner permanently or for so extended a period of time that a major portion of the value or enjoyment of the property is lost to the owner.)* He is seeking damages for mental anguish and for years of torment for not being allowed to be a part of a company he created and paid for. *(mental suffering which includes fright, feelings of distress, anxiety, depression, grief and/or psychosomatic physical symptoms.) ("Torment" a high degree of emotional pain, distress, torment, or suffering that may aggravate a crime or be a subject of an action for damages or wrongful death)* He is also seeking damages for Lowe's Home Improvement **"NOT"** protecting his name as the owner of Lowe's Home Improvement, and they **"DID NOT"**. He considers this to be **"Theft of a Business"**. *(Under Texas penal code 31.03 This is a case of Theft at the highest degree A person commits an offense if he unlawfully appropriates property with intent to deprive the owner of the property.)* He believes because of who he was/is in life he became a **"Target"** at a very young age and still is till this day. Because he was very rich people started taking his companies and bank accounts out of his name and changing his social security number. *("Target" a person, object or thing selected as the aim of an attack).* Finally, once he retrieves his records from the court or City Hall Frisco he will attach an addendum with his evidence and more detail about his case 15 days prior to the court date or sooner. *(An addendum or appendix, in general, is an addition required to be made to a document by its author subsequent to its printing or publication. It comes from the gerundive addendum, plural addenda, "that which is to be added," from addere). (evidence is every type of proof legally presented at trial which is intended to convince the judge and/or jury of alleged facts material to the case. It can include oral testimony of witnesses, including experts on technical matters, documents, public records, objects, photographs and depositions).*

**RELIEF:** Plaintiff seeks damages in the amount of **Undisclosed** *("undisclosed" not revealed or made known publicly)*, and to have his name, SS# and bank account number placed back as the



owner of Lowe's Home Improvement. Kristopher J Bailey Sr (436531401) is asking that every person listed or was listed as the owner illegally to be removed and to have reversals completed for any compensation that may have been paid to anyone else. Kristopher J Bailey Sr (436531401) is requesting that any amount that is awarded to him to be paid within 30 days after the court date via certified check by a reputable courier service or electronic transfer to his bank account ending in 1303. Kristopher J Bailey Sr (436531401) is requesting full control and access to his Lowe's Home Improvement owners account book with financial details including all bank account numbers. He is requesting an unlimited Lowe's Home Improvement card as one of his benefits as the owner. Kristopher J Bailey Sr (436531401) is asking that the defendant which is Lowe's Home Improvement to cover all court cost and/or attorney fees for him. Finally, he is asking for criminal charges to be filed under **Felony Embezzlement, Theft and Fraud** against anyone receiving or has received compensation illegally as the owner of Lowe's Home Improvement, for any illegal or unapproved transfers from any Lowe's Home Improvement bank account and against those that have removed his name illegally as the owner of Lowe's Home Improvement. *(A criminal charge is an accusation of a crime based on probable cause. At this stage, a prosecutor reasonably believes that the suspect has committed the crime and has enough evidence to prove it in court. ("Felony Embezzlement" When the embezzled property value is over $300,000, prosecutors will classify the crime as a felony in the first-degree). ("Fraud" the intentional use of deceit, a trick or some dishonest means to deprive another of his/her/its money, property or a legal right).*

**SPECIAL REQUEST:** There is a memory website *(www.memory.biz.com)* that was created by NASA so his memory could be preserved and viewed in case something happened to him or it was needed for court. It has been used multiple times before in court and may be available if the domain has not been changed. He is asking the court to use his memory via the memory website Deeds, contracts, and canceled checks and other important information are stored on that website and on Lowe's account book. Please use this memory website for verification in the event he is unable to produce copies of documents as many if not all were taken from him over the years. This memory website can be located at multiple City Halls including The City of Frisco, New Orleans and NASA can also provide this information to the court as well. Kristopher J Bailey Sr (436531401) is requesting the use of the United States of America account book that features



everything that was ever created in the world to prepare for court and access to his Lowe's owners account book. Kristopher J Bailey Sr (436531401) is also requesting that the court provides security in the court room and a close court room as well. He is also requesting access to be granted for him to access City Hall Frisco and the state records to prepare for court. *(An addendum or appendix, in general, is an addition required to be made to a document by its author subsequent to its printing or publication. It comes from the gerundive addendum, plural addenda, "that which is to be added," from addere). ("evidence" is every type of proof legally presented at trial which is intended to convince the judge and/or jury of alleged facts material to the case. It can include oral testimony of witnesses, including experts on technical matters, documents, public records, objects, photographs and depositions).* Kristopher J Bailey Sr (436531401) is asking the court to grant him special permission to get a copy of his Lowe's owners account book with financial details from City Hall Frisco or the Denton County Clerk so he can search his records. He is also asking Lowe's Home Improvement to research their records and provide proof of ownership along with deeds, canceled checks, LLC ownership and any other supporting documents.

**SERVICE OF CITATION:** Service is requested on Defendant **SERVICE OF CITATION:** Service is requested on Defendant(s) by: _____ personal service at home or work, _____ registered mail, (X) certified mail, return receipt requested. If required, Plaintiff requests alternative service as allowed by the Texas Rules of Civil Procedure. Other addresses where Defendant(s) may be served are:

_____

_____

_____

_____ I hereby request a jury trial. The fee is $22 and must be paid at least 14 days before trial.

(X)   I hereby consent for the answer and any other motions or pleadings to be sent to my **email address** as follows: krisbaileysr@yahoo.com

Kristopher J Bailey Sr _____ *KB* _____ krisbaileysr@yahoo.com



**Plaintiff's Printed Name Signature of Plaintiff/Plaintiff's Attorney**

12653 Concho Dr Frisco, Texas 75033

**Plaintiff/Attorney Address City, State, Zip**

504.975.1190

**Plaintiff Phone Number Plaintiff Fax Number**

Defendant's Information (if known):
Date of birth: _____ Phone Number:
_____ Last three digits of Driver's License: _____ Last three digits of Soc. Sec. No.: _____

**Service request - One Per Defendant Choose one of the below options**

Cause Number : _____ Defendant/Registered Agent:

Service Address: _____

**Constable Service Information**

County: _____
Constable: _____

Precinct: _____
Address: _____ City, State, Zip: _____



Service fee:

_____

_____

**OR**

**Certified Restricted Delivery Information**

**Defendant/Registered Agent:** Lowe's Home Improvement (Leadership)

**Mailing Address:** 1000 Lowe's Blvd

        Mooresville, NC 28117

**OR**

**Private Process Server**

Citations to be served by a Private Process Server must be picked up at the court.

Name:

_____

Phone:

Texas Certification #:

_____



## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 72051788
Status as of 1/24/2023 9:40 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Kristopher Bailey | | krisbaileysr@yahoo.com | 1/23/2023 3:09:08 PM | SENT |

CERTIFIED A TRUE AND CORRECT COPY OF THE RECORD ON FILE IN MY OFFICE
DAVID TRANTHAM
DENTON COUNTY DISTRICT CLERK
2/27/23
Date       By: _____ Deputy Clerk